JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO RODRIGUEZ,<br><br>　　　　　　Petitioner,<br>　　vs.<br>CLARK E. DUCART, Acting Warden,<br><br>　　　　　　Respondent. | Case No. CV 14-06733-DMG (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 8, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE